UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAJOR RAY SOWELL,<br><br>               Plaintiff,<br><br>      v.<br><br>ROB BONTA, et al.,<br><br>              Defendants. | Case No. 2:25-cv-05726-SSS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint, [Dkt. 1], the Order to Show Cause, [Dkt. 7], and the Report and Recommendation of the magistrate judge, [Dkt. 11, "Report"]. Plaintiff did not file a timely objection to the Report or seek additional time to do so in a timely fashion. The Report is approved and accepted.

Therefore, **IT IS HEREBY ORDERED** that Judgment shall be entered dismissing this action without prejudice.

Dated: August 18, 2025

                                                                                   _____<br>
                                                                                   SUNSHINE SUZANNE SYKES<br>
                                                                                   United States District Judge