JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAJOR RAY SOWELL, | Case No. 2:25-cv-05726-SSS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ROB BONTA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is **DISMISSED** without prejudice.

Dated: August 18, 2025

SUNSHINE SUZANNE SYKES
United States District Judge